**Blank Rome LLP**
A Pennsylvania LLP
Stephen M. Orlofsky
Jonathan M. Korn
New Jersey Resident Partners
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)
Orlofsky@BlankRome.Com
Korn@BlankRome.Com

*Attorneys for Plaintiffs Umoe Schat Harding, Inc.*
 *and Umoe Schat Harding AS*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UMOE SCHAT HARDING, INC. and UMOE SCHAT HARDING AS<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK MARINE AND GENERAL INSURANCE COMPANY and PATRICIA LANE SCHMALTZ,<br><br>Defendants. | Civil Action No.<br>Jury Trial Demanded |

**STATEMENT PURSUANT TO FED. R. CIV.P. 7.1**

Plaintiffs, Umoe Schat Harding, Inc. ("SH Inc.") and Umoe Schat Harding AS ("SH AS")(collectively, "Plaintiffs") state, pursuant to Fed. R. Civ. P. 7.1, that SH Inc. is a wholly

900200.00001/6934850v.1

owned subsidiary of SH AS, which in turn is a wholly owned subsidiary of Umoe AS, a Norwegian corporation.

          Respectfully Submitted,

          **BLANK ROME LLP**
          A Pennsylvania LLP

          /s/ Jonathan M. Korn
          Stephen M. Orlofsky
          Jonathan M. Korn
          New Jersey Resident Partners
          301 Carnegie Center, 3rd Floor
          Princeton, NJ 08540
          (609) 750-7700
          (609) 750-7701

          *Attorneys for Plaintiffs Umoe Schat Harding, Inc. and Umoe Schat Harding AS*

Dated: July 23, 2010

OF COUNSEL:
W. Cameron Beard
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(215) 885-5000 (Phone)
(215) 885-5001 (Fax)
CBeard@BlankRome.com