UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------X
:
UMOE SCHAT HARDING, INC., et al.  :   Case Number:
: 2:10-CV03722-WJM-MF
                      Plaintiffs,   :
:
                -against-   :   **AFFIDAVIT OF SERVICE**
:
NEW YORK MARINE AND GENERAL INSURANCE  :
COMPANY, et al.   :
:
                Defendants.   :
:
------------------------------X

STATE OF NEW YORK:  )
                            SS.:
COUNTY OF NEW YORK  )

    KARL V. REDA, being duly sworn, deposes and says:

    1. Deponent is over 18 years of age, is not a party to this action and resides in Elmont, New York.

    2. On July 27, 2010, at approximately 4:55 P.M., deponent personally served true copies of the Summons and Complaint in this action upon defendant NEW YORK MARINE AND GENERAL INSURANCE COMPANY through Mendes & Mount LLP, 750 Seventh Avenue, New York, New York 10019 as defendant's authorized agent for service of process pursuant to Para. L. entitled "Service of Suit Clause" of the Policy of Excess Liability Insurance by personally delivering true copies thereof, to Edward T. Smith who represented himself to me as an Attorney with Mendes & Mount LLP.

-2-

3. Deponent describes Mr. Smith as follows: Male Caucasian, standing approximately 6 feet tall, having brown hair, weighing approximately 150 lbs. and approximately 45 years of age.

_____
KARL V. REDA

Sworn to before me this
29TH Day of July, 2010

_____
NOTARY PUBLIC

LESCENE GIBBONS
Notary Public, State of New York
No. 01GI6044509
Qualified in New York County
Commission Expires July 10, 20 14

-2-

**MENDES & MOUNT, LLP**

**Edward T. Smith**
Attorney at Law

750 Seventh Avenue
New York, NY  10019-6829
Direct Dial 212.261.8339
Telephone 212.261.8000
Facsimile 212.261.8750
edward.smith@mendes.com

New York, NY
Los Angeles, CA
Newark, NJ