SFP: 2010-8842
Ref:

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) that the document has been served  the (date) 03 November 2010
que le demande a ete executee          le (date)

-at (place, street, number)        JANSEN & HASTINGS INTERMEDIARIES LIMITED
-a (localite, rue, numero)
                                   ONE AMERICA SQUARE
                                   LONDON
                                   EC3N 2LS


- in one of the following methods authorised by article 5:
-dans une des formes suivantes prevues a l'article 5:
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention
selon les formes legales (article 5, alinea premier, lettre a)

**b) in accordance with the following particular**   LEFT AT POSTROOM IN A SEALED
**method selon la forme particuliere suivante**      ENVELOPE

c) by delivery to the addressee, who accepted it voluntarily
par remise simple
The documents referred to in the request have been delivered to:

Les documents mentionnes dans la demande ont ete remis a:
- (identity and description of person)
- (identite et qualite de la personne)

- relationship to the addressee (family, business or other)
- liens de parente de subordination ou autres avec
le desinataire de l'acts

2) that the document has not been served, by reason of the following facts:
que la demande n'a pas ete executee, en raison des faits suivants:




in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.
Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes
Documents returned
Pieces renvoyees                                                    Done at London
                                                                    fait a

in appropriate cases, documents                                     the 9 November, 2010
establishing the service:                                           le
le cas echeant, les documents
justicatifs de l'execution:                                         Signature and/or stamp:
                                                                    Signature et/ou cachet:

ZURUCKSENDEN - TO RETURN
á retourner-de restituire

SFP 2010- 8842

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965

(Article 5, fourth paragraph)

Identité et adresse du destinataire / *Identity and address of the addressee* / -----:

```
JANSEN & HASTINGS INTERMEDIARIES,
LTD.
One America Square
London EC3N 2LS England
```

## IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A :

## *IMPORTANT*

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:      NOT APPLICABLE

---

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'Etat d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'Etat où le document doit être adressé, soit en langue française, soit en langue anglaise.

*It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the documents is to be sent, or in English or French.*

Name and address of the requesting authority:

Anthony J. Golowski II, Esq.
Goldberg Segalla LLP
902 Carnegie Center/Suite 100
Princeton, NJ 08540-6530   USA

Particulars of the parties: *

Plaintiffs:  Umoe Schat Harding, Inc. et al. c/o Kevin Bruno, Esq., Blank Rome, 301 Carnegie Ctr. 3rd Flr., Princeton, NJ 08540 USA
Defendant:  NY Marine & Gen. Ins. Co. c/o Todd Kenyon, Esq., Betancourt, Van Hemmen, Greco & Kenyon, 114 Maple Ave., Red Bank, NJ 07701 USA

## JUDICIAL DOCUMENT **

Nature and purpose of the document:

Third-Party Complaint, essentially seeking Indemnification and Contribution from Third-Party Defendant.

Nature and purpose of the proceeding and, where appropriate, the amount in dispute:

Plaintiffs allege USD $3M-$4M damages. Defendant Schmaltz denies liability, but seeks contribution/indemnification if found liable to plaintiffs.

Date and place for entering appearance: **

US District Ct., 50 Walnut St. Newark, NJ 07101 USA. 21 days from service

Court which has given judgment: **

Date of judgment: **

Time limits stated in the document: **

## EXTRAJUDICIAL DOCUMENT **

Nature and purpose of the document:

Time limits stated in the document: **