# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UMOE SCHAT HARDING, INC. and  
UMOE SCHAT HARDING AS,  
        Plaintiffs,  
   v.  
NEW YORK MARINE AND GENERAL  
INSURANCE COMPANY and  
PATRICIA LANE SCHMALTZ,  
        Defendants,  
and other actions

Civil Action No. 2-10-cv-03722(WJM)(MF)

## DISCLOSURE STATEMENT

The undersigned counsel for __Jansen & Hastings Intermediaries Ltd.__, certifies that this party is a non-governmental corporate party and that:

[X] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
BMS Associates Ltd.

## OR

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____  
Signature of Attorney  
Julia M. Moore  
_Julia M. Moore_  
Print Name  

December 6, 2010  
Date

Nourse & Bowles, LLP  
Name of Firm  
One Exchange Plaza  
At 55 Broadway  
Address  

New York, NY 10006  
City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)